UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
GERMAN ARMANDO VILLA PEREZ, ROBERTO
CRUZ and SANTO ROSARIO,

                                    Plaintiffs,

                       -v-

JOSE L. MARCANO-TORRES and TAVAREZ
TRUCKING LLC,

                                 Defendants.
------------------------------------------------------------------------X

25 Civ. 4438 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

      Due to an unavoidable Court conflict, the initial pretrial conference is hereby rescheduled from 10 a.m. to 3 p.m. on Thursday, June 26, 2025. The Court has confirmed counsels' availability. This conference will be held telephonically. The Court's dedicated conference line is (855) 244-8681, Access Code 2318-315-0661, followed by the pound (#) key.

      SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: June 25, 2025
      New York, New York