UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GERMAN ARMANDO VILLA PEREZ,
ROBERTO CRUZ, SANTO ROSARIO,

Plaintiffs,

-against-

JOSE L. MARCANO-TORRES and TAVAREZ
TRUCKING LLC,

Defendants.

25 Civ. 4438 (PAE)

ORDER

PAUL A. ENGELMAYER, United States District Judge:

On the record of the March 20, 2026 conference, the Court resolved the pending motions *in limine*. The Clerk of Court is therefore respectfully directed to terminate the motions at dockets 33–37.

The Court set the following briefing schedule for any motion *in limine* based on Federal Rule of Evidence 608(b):

- Any motion by defendants must be submitted by March 27, 2026.

- Any opposition by plaintiffs must be submitted by April 3, 2026.

The parties are directed to file a revised joint pre-trial order, consistent with the Court's guidance during the March 20 conference, by March 30, 2026.

A final pretrial conference is scheduled for June 22, 2026 at 9:30 a.m. In anticipation of this conference, by June 17, 2026, counsel shall provide the Court:

- For *voir dire*, a joint list of all counsel, legal support staff, and clients who will sit at counsel table during trial;

- Also for *voir dire*, a list of all names of persons and entities that are likely to arise at trial, and a list of all locations that are likely to be the subject of trial testimony.

- Two trial exhibit binders for any exhibits the parties intend to offer.

Counsel will coordinate with the Court's Deputy, A.J. Smallman, to arrange a time before June 22, 2026 to become familiar with the projector and other technology in Courtroom 1305.

Trial in the above-captioned case shall commence on July 6, 2026.


SO ORDERED.


Dated:    March 23, 2026
          New York, New York


_____
        PAUL A. ENGELMAYER
        United States District Judge

2