UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GERMAN ARMANDO VILLA PEREZ,
ROBERTO CRUZ, SANTO ROSARIO,

                            Plaintiffs,

            -against-

JOSE L. MARCANO-TORRES and TAVAREZ
TRUCKING LLC,

                            Defendants.

25 Civ. 4438 (PAE)

ORDER

PAUL A. ENGELMAYER, United States District Judge:

On March 23, 2026, the Court ordered the parties to deliver to the Court, by no later than June 17, 2026, two trial exhibit binders for any exhibits the parties intend to offer at the upcoming trial in the above-captioned case. Dkt. 46. On June 17, 2026, plaintiffs' counsel emailed Chambers, and requested an extension until June 18, 2026 to deliver their binders, which the Court granted. The Court emphasized, however, that notwithstanding the Knicks Championship parade scheduled for June 18, it was counsel's responsibility to ensure the binders were timely received. To date, the Court has not received an extension request from defense counsel, or any other communication as to their failure to deliver two trial exhibit binders by the Court's deadline.

As of 2 p.m. on June 18, 2026, the Court has not received any binders from either party. The Court directs the parties to file their exhibits **forthwith** on the docket of the case and to deliver them to Chambers no later than 5 p.m. on June 18, 2026.

SO ORDERED.

Dated:    June 18, 2026
          New York, New York

_____
PAUL A. ENGELMAYER
United States District Judge

2